```
REBECCA KIARA SMITH          KATRINA COOK                 SUNBELT FEDERAL CU
202 DOSSETT AVE              202 DOSSETT AVE              ATTN: BANKRUPTCY
HATTIESBURG, MS 39401        HATTIESBURG, MS 39401        6885 US HWY 49
                                                          HATTIESBURG, MS 39402


THOMAS C. ROLLINS, JR.       LVNV FUNDING                 SYNCHRONY BANK
THE ROLLINS LAW FIRM, PLLC   PO BOX 1269                  ATTN: BANKRUPTCY
P.O. BOX 13767               GREENVILLE, SC 29602         PO BOX 96506
JACKSON, MS 39236                                         ORLANDO, FL 32896


AMERICAN FIRST FINANCE       MERRICK BANK CORP            SYNCHRONY BANK
ATTN: BANKRUPTCY             PO BOX 9201                  ATTN: BANKRUPTCY
P.O. BOX 565848              OLD BETHPAGE, NY 11804       PO BOX 965060
DALLAS, TX 75356                                          ORLANDO, FL 32896


AT&T                         MIDLAND CREDIT MGMT          SYNCHRONY BANK
PO BOX 5087                  ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
CAROL STREAM, IL 60197-5087  PO BOX 939069                PO BOX 965064
                             SAN DIEGO, CA 92193          ORLANDO, FL 32896


CENTRAL SUNBELT FCU          MISSION LANE LLC             TOYOTA FINANCIAL
1857 LINCOLN RD              PO BOX 105286                ATTN: BANKRUPTCY
HATTIESBURG, MS 39401        ATLANTA, GA 30348            PO BOX 22171
                                                          TEMPE, AZ 85285


EDFINANCIAL SERVICES L       NAVY FEDERAL CU              WESLEY PHYSICIAN SERV
120 N SEVEN OAKS DRIVE       ATTN: BANKRUPTCY             P.O. BOX 14099
KNOXVILLE, TN 37922          PO BOX 3302                  BELFAST, ME 04915
                             MERRIFIELD, VA 22119


FINFIT                       PORTFOLIO RECOVERY           XFINITY/COMCAST
272 BENDIX RD #525           ATTN: BANKRUPTCY             600 GALLERIA PKWY SE
VIRGINIA BEACH, VA 23452     120 CORPORATE BLVD           ATLANTA, GA 30339
                             NORFOLK, VA 23502


GOLDMAN SACHS BANK USA       SEZZLE
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PO BOX 70379                 700 NICOLLET MALL
PHILADELPHIA, PA 19176       STE 640
                             MINNEAPOLIS, MN 55402


HATTIESBURG HB MEDICAL       SUNBELT FEDERAL CREDIT UNION
5001 HARDY STREET            ATTN: BANKRUPTCY
HATTIESBURG, MS 39402        6885 US HWY 49
                             HATTIESBURG, MS 39402
```