UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Rebecca Kiara Smith  CHAPTER 13
      Debtor  CASE NO. 26-50131-KMS

## OBJECTION TO CHAPTER 13 PLAN CONFIRMATION

**COMES NOW**, Toyota Motor Credit Corporation ("Objector"), a secured creditor herein, and objects to confirmation of the Chapter 13 Plan on the following grounds:

1. Objector holds a claim against the Debtor which is secured by a 2022 TOYOTA HIGHLANDER , VIN: 5TDGZRAH6NS110276 ("Property").

2. The amount owed on the Property is approximately $31,045.00 plus interest.

3. Debtor's Chapter 13 Plan proposes to value the Property at $24,255.00 with an interest rate of 8.50%.

4. The value of the Property which should be paid to Objector is approximately $29,452.50.

**WHEREFORE, PREMISES CONSIDERED,** Objector files its Objection to Chapter 13 Plan Confirmation and prays for a payment on its Property of $29,452.50 plus interest, and for such other and more general relief as is just.

Respectfully submitted,

**BENNETT LOTTERHOS SULSER
& WILSON, P.A.**

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

David Rawlings at ecfnotices@rawlings13.net

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Rebecca Kiara Smith
202 Dossett Ave.
Hattiesburg, MS  39401

/s/ Charles Frank Fair Barbour