UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Rebecca Kiara Smith                                                                                  CHAPTER 13
     Debtor                                                                                                CASE NO. 26-50131-KMS

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Toyota Motor Credit Corporation, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are listed below:

    1.    Toyota Financial Services International Corporation

               Respectfully submitted,

               **BENNETT LOTTERHOS SULSER**
               **& WILSON, P.A.**

               /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:    (601) 944-0466
Facsimile:    (601) 944-0467
cbarbour@blswlaw.com