# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50131          **Case Name:** Rebecca Kiara Smith

**Set:** 04/07/2026 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Toyota Motor Credit Corp. (Dkt. #15) - AGREED ORDER TO BE SUBMITTED BY BARBOUR

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) Barbour to submit an Agreed Order on the Objection filed by Toyota Motor Credit Corp. [15]. Order due by 04/21/2026. Confirmation hearing removed. (mcc)