United States Bankruptcy Court

Southern District of Mississippi

In re:                                                              Case No. 26-50131-KMS

Rebecca Kiara Smith                                                 Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                    User: mssbad                           Page 1 of 1

Date Rcvd: Apr 07, 2026                 Form ID: pdf012                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Rebecca Kiara Smith, 202 Dossett Ave, Hattiesburg, MS 39401-7737

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

**Name                    Email Address**

Charles F. F. Barbour
                        on behalf of Creditor Toyota Motor Credit Corporation cbarbour@blswlaw.com

David Rawlings
                        ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr
                        on behalf of Debtor Rebecca Kiara Smith trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4



**SO ORDERED,**

_Katharin M. Samson_

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 7, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: Rebecca Kiara Smith | **CHAPTER 13** |
| Debtor | **CASE NO. 26-50131-KMS** |

### AGREED ORDER ON OBJECTION TO PLAN [Dkt #15]

**CAME BEFORE THIS COURT** on Objection of Toyota Motor Credit Corporation

("Objector") to the Chapter 13 Plan, and based upon the agreement of the parties, the Court does

hereby find that the parties agree as follows:

1.      That Objector holds a claim against Debtor which is secured by a 2022 TOYOTA

HIGHLANDER , VIN: 5TDGZRAH6NS110276 ("Property").

2.      That the parties have agreed to amend the proposed payment on the Property from

$24,255.00 to $29,452.50 with interest at the rate of 8.5% per annum.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Objection is hereby

sustained as stated herein.

**IT IS FURTHER ORDERED AND ADJUDGED** that the proposed payment on the

Property against which Objector has a claim as shown in the Debtor's Chapter 13 Plan shall be

amended from $24,255.00 to $29,452.50 with interest at the rate of 8.5% per annum.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall

amend the wage order as needed to comply with the terms of this Agreed Order, and any other

figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Agreed Order shall be

applicable to any subsequently filed amended or modified Chapter 13 Plan.

**##END OF ORDER##**

AGREED AND APPROVED
AS TO FORM


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


/s/ Brian Wilson, Atty for

David Rawlings
Bankruptcy Trustee


Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com

2