United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 26-50131-KMS

Rebecca Kiara Smith                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                             User: mssbad                                     Page 1 of 3

Date Rcvd: Apr 09, 2026                     Form ID: n031                            Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Kiara Smith, 202 Dossett Ave, Hattiesburg, MS 39401-7737 |
| 5616725 | + | Hattiesburg HB Medical, 5001 Hardy Street, Hattiesburg, MS 39402-1308 |
| 5616726 | + | Katrina Cook, 202 Dossett Ave, Hattiesburg, MS 39401-7737 |
| 5616735 | | Sunbelt Federal CU, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |
| 5616734 | | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |
| 5616740 | + | Wesley Physician Serv, P.O. Box 14099, Belfast, ME 04915-4034 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5616720 | | Email/Text: g17768@att.com | Apr 09 2026 19:32:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5627346 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 19:47:59 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5616719 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Apr 09 2026 19:33:00 | American First Finance, Attn: Bankruptcy, P.O. Box 565848, Dallas, TX 75356-5848 |
| 5616722 | + | Email/Text: EBN@edfinancial.com | Apr 09 2026 19:32:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5616723 | + | Email/Text: bankruptcynotifications@finfit.com | Apr 09 2026 19:32:00 | FinFit, 272 Bendix Rd #525, Virginia Beach, VA 23452-1394 |
| 5616724 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 09 2026 19:32:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5648423 | + | Email/Text: pasi_bankruptcy@chs.net | Apr 09 2026 19:32:00 | HATTIESBURG HB MEDICAL SERVICES LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5634803 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2026 19:33:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5616727 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 19:47:51 | LVNV Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 5642096 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 19:47:58 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5634841 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2026 19:36:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5616730 | | Email/Text: ml-ebn@missionlane.com | Apr 09 2026 19:32:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 5616728 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2026 19:36:13 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5639059 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: n031 | Total Noticed: 35 |

| | | Apr 09 2026 19:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
|---|---|---|---|
| 5616729 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 09 2026 19:33:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5616731 | + Email/Text: ext_ebn_inbox@navyfederal.org | Apr 09 2026 19:33:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5624340 | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 09 2026 19:33:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5616732 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2026 19:47:54 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5631560 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2026 19:36:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5616733 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Apr 09 2026 19:32:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall, Ste 640, Minneapolis, MN 55402 |
| 5616721 | Email/Text: member.solutions@sunbeltfcu.org | Apr 09 2026 19:32:00 | Central Sunbelt FCU, 1857 Lincoln Rd, Hattiesburg, MS 39401 |
| 5616736 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 19:36:12 | Synchrony Bank, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 5616737 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 19:36:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5616738 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 19:36:12 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5616739 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 09 2026 19:32:00 | Toyota Financial, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 5636845 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 09 2026 19:32:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5620379 | + Email/Text: EBN@edfinancial.com | Apr 09 2026 19:32:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5648424 | + Email/Text: pasi_bankruptcy@chs.net | Apr 09 2026 19:32:00 | WESLEY PHYSICIAN SERVICES LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5616741 | + Email/Text: documentfiling@lciinc.com | Apr 09 2026 19:32:00 | Xfinity/Comcast, 600 Galleria Pkwy SE, Atlanta, GA 30339-5994 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| 5631711 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5636847 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0538-6                    User: mssbad                           Page 3 of 3
Date Rcvd: Apr 09, 2026                 Form ID: n031                          Total Noticed: 35

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles F. F. Barbour | on behalf of Creditor Toyota Motor Credit Corporation cbarbour@blswlaw.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Rebecca Kiara Smith trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−50131−KMS
**Chapter:**  13

**In re:**

Rebecca Kiara Smith
aka Rebecca Kiara Darriell Smith
202 Dossett Ave
Hattiesburg, MS 39401

Notice of Entry of Order Confirming Plan

The Court entered an Order on 04/09/2026 (Dkt. # 19 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 9, 2026

Danny L. Miller, Clerk of Court